## AFFIDAVIT

I, Jeffrey Bohn, being duly sworn, hereby depose and state as follows:

1.  I am a Supervisory Deputy Marshal with the United States Marshals Service ("USMS"), assigned to the Boston Office. I have been employed by the USMS for over 19 years. My duties include supervising the District Warrant Squad and Fugitive Task Force and coordinating investigations into the activities and whereabouts of fugitives.

2.  This affidavit is made in support of a criminal complaint charging Eric Williams, DOB \*\*/\*\*/1982 ("Williams"), with false personation of an officer of the United States, in violation of Title 18, United States Code, Section 912, a statute that makes it a crime to "falsely assume[] or pretend[] to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and act[] as such, or in such pretended character [to] demand[] or obtain[] any money, paper, document, or thing of value . . . ."

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show that there is

1

sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of the investigation into this matter.

4. Williams has been the subject of an ongoing USMS fugitive investigation. Among other things, Williams has outstanding warrants issued by the New Hampshire State Board of Parole stemming from an original charge of forgery. Williams also has warrants issued out of Lawrence District Court based on convictions for knowingly receiving stolen property, including a motor vehicle and a credit card, and attaching the wrong motor vehicle plates. I am also aware that Williams was the subject of another USMS fugitive investigation in 2005 in Miami, Florida where he ultimately was apprehended and where, according to his NCIC Interstate Identification Index ("Triple-I") record, he was convicted of a number of offenses, including grand theft in the third degree and charges relating to uttering a forged check. Williams's Triple-I record also indicates, among other things, that he was convicted in Dade County Court on charged relating to fraud and impersonation in connection with the unlawful use of a police badge.

5. During the course of the current investigation the USMS received information that Williams, who is not employed by the

2

USMS, has been impersonating and claiming to be a USMS Deputy Marshal. Specifically, among other things, I am aware that a woman named Jackie Damm ("Damm") has told law enforcement officers that she met Williams on craigslist; that Williams claimed in an email he sent to her on January 11, 2011 that he is a "U.S. Marshal"; that Williams thereafter stayed with Damm and her roommate Kaitlyn Landry ("Landry") in Beverly, Massachusetts for five days; and that Williams stole a blank check from Landry.

5. I am also aware that Williams negotiated this check at a Danversbank branch located at 63 Dodge Street, Beverly, Massachusetts on January 15, 2011. The check itself purported to be written to Williams on Landry's Beverly National Bank account in the amount of $600. When Williams approached a teller and provided identification in an effort to cash the check, the teller asked Williams for additional identification. Williams produced a silver badge and said to the teller, in substance, "How's that for an ID? I am a U.S. Marshal." The teller then completed the transaction and gave Williams $600 in U.S. currency. Williams has a Myspace account that includes his photograph, and the teller involved in this transaction (as well as another teller) positively identified the Myspace photograph of Williams as depicting the person who negotiated the check.

3

6. I have also learned that Williams twice posed as a USMS Deputy Marshal in obtaining the reduced government rate at the Residence Inn located at 275 Norwood Park South, Norwood, Massachusetts: once on January 15, 2011, and once on January 16, 2011.

7. On January 26, 2011, USMS Deputy Marshals apprehended Williams at a TGI Fridays located on Route 1 in Norwood, Massachusetts. Williams was arrested based on the outstanding warrants from Lawrence District Court. Previous investigation had revealed that Williams was operating a vehicle with a U.S. government license plate that had been stolen from a General Services Administration ("GSA") vehicle in Andover, Massachusetts on January 13, 2011. Damm has told investigators that Williams showed her both a badge appearing to be a USMS badge and a firearm and that she had driven in Williams's vehicle, which was equipped with emergency lights. The vehicle with the stolen GSA plate was in the parking lot at the time of Williams's arrest and, among other things, law enforcement officers could see a card displayed in the dashboard that says, among other things, "Deputy U.S. Marshal Official Business," as well as law enforcement style emergency lights, which were located at various places in the vehicle. At the time of his arrest Williams person

4

had, among other things, a badge in a black leather case that purports to be a USMS badge and an object that looks like a semiautomatic pistol but which appears not actually to be a firearm. A number of other items were recovered from the vehicle, including documents purporting to be USMS certificates and certifications.

8. Based on the foregoing, there is probable cause to believe that, on more than one occasion, Williams has falsely assumed and pretended to be an officer or employee of a department or agency of the United States, specifically, the USMS, and in such pretended character has obtained money, documents, and other things of value, in violation of 18 U.S.C. §912.

_____
JEFFREY BOHN
Supervisory U.S. Marshall

Sworn to before me this 27 day of January, 2011

_____
TIMOTHY S. HILLMAN
United States Magistrate Judge

5